# Order

**Michigan Supreme Court**
**Lansing, Michigan**

February 6, 2008

135184

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

FORD MOTOR CREDIT COMPANY,
      Plaintiff/Counter-Defendant/
      Appellant,

v

DARRON ODOM and ANTOINETTE BROWN,
      Defendants/Counter-Plaintiffs/
      Appellees.

SC: 135184
COA: 266770
Genesee CC: 04-078874-CZ

_____/

On order of the Court, the application for leave to appeal the August 2, 2007 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the question presented should now be reviewed by this Court.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

February 6, 2008

_____
Clerk

s0130